# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-00134 |
| v. | (Chief Judge Brann) |
| JOSEPH GRANT NICOSIA, | |
| Defendant. | |

## ORDER

**AUGUST 19, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Joseph Grant Nicosia's Motion to Suppress Evidence (Doc. 58) is **DENIED**; and

2. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge